IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**FRITZCO LLC, LOS GATOS-SARATOGA COMMUNITY EDUCATION AND RECREATION, and THE LAW OFFICE OF SAMUEL M. SMITH,** on behalf of themselves and all others similarly-situated,

   Plaintiffs,

v.

**VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),**

   Defendants.

CASE NO. ___21-MC-833 (AJN)___

JURY TRIAL DEMANDED

---

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO: (1) *FILE UNDER SEAL* THE UNREDACTED COMPLAINT AND (2) PUBLICLY FILE THE REDACTED COMPLAINT

Upon consideration of Plaintiffs' Motion for Leave to: (1) *File Under Seal* the Unredacted Complaint and (2) Publicly File the Redacted Complaint, Plaintiffs' supporting Memorandum of Law, the accompanying Declaration of Catherine Pratsinakis, dated November 23, 2021 (the "Pratsinakis Declaration"), and exhibits thereto, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion is **GRANTED** temporarily (as discussed below); and

2. The Clerk of Court shall: (a) file **UNDER SEAL** (with viewing restricted to the parties and the Court only) Plaintiffs' unredacted Complaint at **Exhibit B** to the Pratsinakis Declaration filed in support of Plaintiffs' Motion; and (b) accept for public filing Plaintiffs' redacted Complaint at **Exhibit C** to the Pratsinakis Declaration.

Dated: November __30__, 2021                    _____
                                                                            U.S. District Judge

Plaintiffs shall file their unredacted complaint without redactions on December 14, 2021, unless prior to that date they file a motion to extend this Order before the district judge to whom the complaint is assigned.

122559527-3